0000
503

## July 29, 2016

| | | |
|---|---|---|
| CAAP –13– 0000 132 | State v. Acacio | Affirmed |
| CAAP –15– 0000 001 | State v. Munet | Affirmed |
| CAAP –14– 0001 354 | U.S. Bank Nat. Ass'n v. Ramos-Newton | Vacated and Remanded |

## August 11, 2016

| | | |
|---|---|---|
| CAAP –14– 0000 372 | Lihue Pharmacy, Inc. v. Med-Quest Div. | Affirmed |